Document    Page 1 of 2

Chris Johansen
Attorney at Law
308 G Street, Suite 211
Anchorage, Alaska 99501
Phone (907)274-1121
Fax (907)272-2251

Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
ALASKA AT ANCHORAGE

| | |
|---|---|
| In re:<br><br>Shaubach, John A. and<br>Sarha C. Shaubach,<br><br>Debtor(s). | Case No. 12-00487<br><br>Chapter 13 |
| Shaubach, John A. and<br>Sarha C. Shaubach,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. Bank National Association<br>As Trustee for J.P. Mortgage<br>Acquisition Trust 2006-NC2, Asset<br>Backed Pass Through Certificates,<br>Series 2006 NC2, J.P. Morgan Chase<br>Bank, GMAC Mortgage LLC,<br>Specialized Loan Servicing LLC,<br><br>Defendants. | Adversary #12-90019 |

MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW the debtors/plaintiffs, through their attorney, Chris Johansen, and moves the Court in this core proceeding for entry of partial summary judgment against U.S. Bank that determines that its deed of trust on the property can be modified under 11 U.S.C. sec. 1322(b)(2). Once it is determined that debtor can modify the purchase money deed of trust on the debtor's residence at the time

of the petition, further proceedings are necessary to determine the amount of the modification or, in other words, the value of the security interest in estate property. This motion is supported by the attached memorandum of law, and Exhibit A.

DATED this 27th day of November, 2012.

_____
Chris Johansen
Attorney for Plaintiffs

I certify that on this
27th day of November, 2012,
A true and correct copy of the
Foregoing
Was served on
-Larry Compton
-Richard Ullstrom

By ECF notice
-Mr. & Mrs. Shaubach

By first class mail.
By: _____
Law office of Chris Johansen