UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>JOHN A. SHAUBACH and<br>SARHA SHAUBACH,<br><br>        Debtors. | Case No. A12-00487-GS<br><br>Chapter 13 |
| JOHN A. SHAUBACH and<br>SARHA SHAUBACH,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR JPMORGAN ACQUISITION TRUST 2006-NC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-NC2, JPMORGAN CHASE BANK, GMAC MORTGAGE, and SPECIALIZED LOAN SERVICING LLC.,<br><br>        Defendants. | Adv. No. A12-90019-GS |

## ORDER DENYING PLAINTIFFS' MOTION
## FOR PARTIAL SUMMARY JUDGMENT

The debtors, John and Sarha Shaubach, have filed their *Motion for Partial Summary Judgment* (Docket No. 11). Defendant U.S. Bank National Association, as Trustee for JPMorgan Acquisition Trust 2006-NC2, Asset Backed Pass-Through Certificates, Series 2006-NC2 (U.S. Bank) filed its *Opposition to Motion for Summary Judgment* at Docket No. 15. The court held oral argument on the motion on January 11, 2013. Chris Johansen

appeared for the Shaubachs, and Richard Ullstrom appeared for U.S. Bank. Having considered the motion, opposition, the exhibits thereto, and the arguments presented at oral argument,

**IT IS ORDERED** that for the reasons set forth in the *Memorandum on Motion for Partial Summary Judgment* dated March 8, 2013, the *Motion for Partial Summary Judgment* (Docket No. 11) is DENIED.

DATED: March 8, 2013.

> BY THE COURT
>
> /s/ Gary Spraker
> GARY SPRAKER
> United States Bankruptcy Judge

Serve: C. Johansen (for plaintiff)
       R. Ullstrom (for defendant)