RCO Legal – Alaska, Inc.
3000 A Street, Suite 200
Anchorage, Alaska 99503
(907) 222-4300 Telephone
(907) 222-4396 Telefax
Attorneys for US Bank N.A., as Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

| | |
|---|---|
| In re ) | |
| ) | Case No. A12-00487 GS |
| John A. Shaubach and Sarha ) | Chapter 13 |
| Shaubach ) | |
|        Debtors. ) | |
| ) | |
| ) | |
| John A. Shaubach and Sarha ) | |
| Shaubach ) | |
|        Plaintiffs, ) | Adv. Case No. 12-90019 |
| v. ) | |
| ) | |
| U.S. Bank National Association, ) | |
| As Trustee for JPMorgan ) | |
| Acquisition Trust 2006-NC2, Asset ) | STIPULATION FOR DISMISSAL WITH |
| Backed Pass-Through Certificates, ) | PREJUDICE OF DEFENDANT U.S. |
| Series 2006-NC2, JP Morgan ) | BANK NATIONAL ASSOCIATION, AS |
| Chase Bank, GMAC Mortgage, ) | TRUSTEE |
| and Specialized Loan Servicing ) | |
| LLC, ) | |
|        Defendants. ) | |

    Defendant U.S. Bank National Association, as Trustee for JPMorgan Acquisition Trust 2006-NC2, Asset Backed Pass-Through Certificates, Series 2006-NC2 ("U.S. Bank"), and Plaintiffs John A. Shaubach and Sarha Shaubach, each by and through counsel, hereby stipulate that the complaint is dismissed with prejudice as to U.S. Bank, based on this Court's order of March 8, 2013, denying Plaintiffs' motion for summary judgment. Each party shall bear its or their own fees and costs.

U.S. Bank's Opposition to Motion for Partial Summary Judgment
Shaubach v. U.S. Bank N.A. as Trustee, 12-90019
PAGE 1

Dated: April 18, 2013    Routh Crabtree Olsen, PS.
Attorneys for U.S. Bank, National Association, as Trustee

By:   /s/ Richard Ullstrom
      RICHARD ULLSTROM

Dated: April 18, 2013    /s/ Chris A. Johansen
CHRIS A. JOHANSEN
Attorney for Plaintiffs

U.S. Bank's Opposition to Motion for Partial Summary Judgment
Shaubach v. U.S. Bank N.A. as Trustee, 12-90019
PAGE 2