**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA**
**605 West 4th Avenue, Room 138, Anchorage, AK 99501–2296**
**Phone (907) 271–2655**

In Re: Case No. A12–00487 – GS

John A. Shaubach and Sarha C. Shaubach

Chapter 13

---

John A. Shaubach

    Plaintiff,

  v.

Specialized Loan Servicing LLC

    Defendant.

Adv No. A12–90019 – GS

---

### JUDGMENT OF DISMISSAL

In accordance with this Court's Order Dismissng Adversary Proceeding,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. The plaintiff's complaint is dismissed without prejudice; and
2. The parties hereto shall bear their own costs and attorney's fees

DATED: September 11, 2013

BY THE COURT

/s/Gary Spraker
Gary Spraker
United States Bankruptcy Judge

Serve:
Parties or attorneys for parties (if any)
Janet Stafford, Deputy Clerk